COURT COPY    I of ____    NOV 29, 2017

IN THE NINTH COURT OF APPEALS

09-17-00389-CR

ANTHONY LEON SUMMERS
V.
THE STATE OF TEXAS

FILED

DEC - 8 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

ON APPEAL FROM THE
260TH DISTRICT COURT OF ORANGE COUNTY, TEXAS
TRIAL CAUSE NO. D170028-R

OBJECTION TO APPEAL COURT'S
DISMISSAL NOVEMBER 22, 2017.

WHEN MY WRIT OF MANDAMUS WAS FILED THERE
WAS NO COURT CONVICTION! I WAS AND I AM
BEING DENIED MY U.S. CONSTITUTIONAL RIGHT
1, 4, 5, 6, 7, 8 AMENDMENTS, READ THE RECORDS.
COPIES OF SOMETHING!

ANTHONY LEON SUMMERS
# 2151376
C.T TERRELL UNIT
ROSHARON, TEXAS 77583

REQUEST TO BE OVER TURNED NOW! UNDER U.S.C.A

# WRIT OF MANDAMUS

(1) COME NOW ANTHONY LEON SUMMERS 5724 THE DEFENDANT IN THE ABOVE NUMBER INTITLED CAUSE AND Will MOVE THE To STOP All THE MISCONDUCT OF ORANGE COUNTY JAIL "IN THERE VIOLATIONS of UNITED STATES CONSTITUTION" BY THERE DENIAL of THE LAW LIBRARY, U.S. MAYI. SUPPLY NEEDED FOR LEGAL WORK.

(2) All COURT RELATED ISSUE ARE DENIED DEFENDANT! ITS NECESSARY FOR ME TO HAVE ACTESS TO THE LAW LIBRARY AND To MY TRANSCIPTS, PICTURES, VIDEOS, GRAND JURY TRANSCIPTS, ALL STATEMENTS, HOSPITAL REPORTS AND OR RECORDS, JAIL RECORDS, All WITNESS STATEMENTS, REGISTRATION of VAN AND OR TRUCK AT THE SEEN!

(3) THE 260TH DISTRICT COURT oF ORANGE TEXAS, HAS AND DID ABRIDGE MY U.S. CONSTITUTIONAL RIGHTS AS 1, 6, 7, 8, 5,

(1) (1) THE COURT HAS DENIED ME THE DEFENDANT THE RIGHT TO FIRE LAWYER AND GRIEVE AND ADRESS WHAT HE HAS DONE ME AND TAKE HIM OFF MY CASE! (II) I DID NOT ASK FOR HIM! Look AT THE VIDEO FROM JAIL TO COURTHOUSE!

(6) I DEFENDANT HAS BEEN DENIED His U.S. CONSTITUTIONAL RIGHTS.

AMENDMENT

## COVER PAGE

ACTION IN THE
NINTH PEARL ST. #330
BEAUMONT, TX 77701

**FILED**

AUG - 2 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

CAUSE NO # **09-17-292-CR**

ANTHONY LEON SUMMERS
VS.
STATE OF TEXAS

CAUSE NO # D170028-R

ATT. JUDGE HAHN                    07-13-17

MOTION FOR HEARING
TO FIRE LAWYER
AND SHOW CAUSE

CAUSE # D170028

I ANTHONY LEON SUMMERS WILL SHOW THAT
I AM BEING DENIED, "All MY U.S. CONSTITUT-
ION RIGHTS" BY DISTRICT JUDGE HAHN AND
LAWYER J. DAWS." (1) DENIAL OF All EVIDEN
CED" IN THE ABOVE CAUSE NUMBER THAT
CAN AND WILL SHOW MY INNOCENCE! THE
JUDGE AND LAWYER AS WELL D.A. OFFICE
HAS ONLY USED THREATENS "TO THIS OLD
MAN, THAT IS SICK AND NOT THE ORANGE
"FOOT BALL CONCH", THAT WAS LEFT WITH
TWO MUDERS BY HIT AND RUNS! I HAVE
ASK FOR COPIES OF All EVIDENCED AND
GRAND JURE RECORDS, All TAPES, All
PICTURES, All VIDEOS, All TRANSCRIPTS,
I HAVE FIRED "LAWYER J. DAWS" BUT
NO ONE CAN GET THIS INTO THERE HEAD
THAT I DID NOT GET D.W.I! I DID NOT
HAVE A VAN! THAT I HAD JUST GOT OUT
OF PRISON IN 2013 AND WAS NOT ARRESTE"
FOR A D.W.I! COURT JUST INDILTED.

COVER PAGE

CAUSE D170028

FILED

AUG 1 1 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

DEFENDENT COPY

RETURE A.S.A.P.

CAUSE # 09-17-00292-CR
COURT OF APPEALS
NINTH DISTRICT

FILED
VICKIE EDGERLY

Vickie Edgerly
DISTRICT CLERK
ORANGE COUNTY, TEXAS

17 JUL 14 P2 06

2017. I HAVE NOW BEEN ASSAULTED WITH 2x4 IN THE BACK AND COURT. BONDMAN LAWYER WAS CALLED MANY TIME! I WAS NOT TOLK OF NEW COURT DATE BY NO ONE! AND COULD NOT HAVE GOT THERE WITH OUT BEING HEART MORE! DENIAL OF LAW LIBRARY AND ALL SUPPLY! AND OR LAW BOOK

Anthony L Summell
Orange county Jail
P.O. Box 1928
ORANGE TX 77631-1928

6 COPIES GOING OUT!

RETURN COPY TO DEFENDANT
I o III

COVER PAGE
STATE
CAUSE # D 120078

~~CAUSE~~ CAUSE

CAUSE # 09-12-00292CR
COURT OF APPEALS
NINTH DISTRICT

CLERK U.S. DISTRICT COURT
RECEIVED
JUL 24 2017
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 24 2017

BY
DEPUTY

Form of INDIGENT AND Motion

ANTHONY L SUMMERS

vs.

STATE of TEXAS

STATE NUMBER

CAUSE # D 120028

FEDERAH #

CAUSE # _____

Motion of DEMAN

I ANTHONY LEON SUMMERS 5724 AM in ORANGE COUNTY JAIL AND BE DENIED All U.S CONSTITUTIONAL RIGHT, AND I AM INDIGENT, AND will ASK THIS U.S. DISTRICT COURTHOUSE AT 300 Willow ST, BEAUMONT, TEXAS 77701 To GIVE MY MOTION of DEMAN A CAUSE NUMBER AND SET FOR A HEARING. FOR ORDER FOR DISTRICT COURT JUDGE BUDDIE J. HAHN AND JUDSON DAWS & MIKE MARION To STOP THE DENIAL of DEFENDANT ANTHONY LEON SUMMERS 5724 HIS U.S CONSTITUTIONAL RIGHTS To SHOW HIS INNOCENSE BY DENIAL of All EVIDENCE, All WITNESSES, STATEMENTS, LAW LIBRARY, PICTURES, TAPES, HOSPITAL RECORDS, AND MEDICAL NEEDS AND MEDICATIONS AS WELL DOCTORS! DENIAH of LAW LIBRARY AND All HEALTH SUPPLES AND To THE TRUCK MAIL To COURT AND HEGH HELP!

P.O BOX 1428 ORANGE TX 77631

"GOD BLESS!"

ORANGE COUNTY SHERIFF'S OFFICE
CORRECTIONS DIVISION
INMATE GRIEVANCE

TO: GRIEVANCE OFFICER

FROM: _Anthony L Summers_  _A    A_  _5224_
NAME OF INMATE    CELL/BLOCK    SO NUMBER

_02-19-17_
DATE FILED    DATE CONFINED

SIR:

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

## STATEMENT

(Please print or write legibly. Include all dates, times, and names of persons involved, including witnesses if necessary.) I TALK TO OFFICER JAMES LAW LIBRARY. AND WAS TOLD THAT HE IS NOT GETTING NO INMATE MAIL FROM ME, AND IS A VIOLATION OF "MY U.S. CONSTITUTIONAL RIGHTS" THE JUDGE BUDDIE J HAHN, AND "LAWYER J DAWS", KNOW DENIAL OF MY RIGHT TO LAW LIBRARY, AND ALL LEGAL ADDRESSES, OR ADDRESSES FOR SUBPNA FOR MY TRIAL ON 08-14-17 I AM INDIGENT AND DENIED CARBON PAPER AND PAPER NEEDED FOR "MOTIONS" & OR "LEGAL" DENIED RIGHT TO USE "TWO SIDED PAPER" THAT IS LEGAL IN ALL U.S. COURTS! I AM DENIED PHONE TO CALL MY SISTER TO GET ANY KIND OF HELP LEGAL AND OR MEDICAL. TO DESTROY MAIL OR TAMPER WITH OR JUST NOT MAIL IS A CRIME.

YOUR SIGNATURE

Seal this completed form in an envelope and it will be delivered unopened, to the Grievance Officer the same day or the next normal business day.

COPIES 5 OUT
COURT COPY

ORANGE COUNTY SHERIFF'S OFFICE
CORRECTIONS DIVISION
INMATE GRIEVANCE

TO: GRIEVANCE OFFICER

FROM: _Anthony h Summer's_     _A_     _A_     _5224_
NAME OF INMATE          CELL/BLOCK          SO NUMBER

_08-09-12_
DATE FILED          DATE CONFINED

SIR:

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief. _I AM TIRED OF MY MAIL BEING STOPPED AND BEING DENIED MY U.S. CONSTITUTIONAL RIGHTS 1, 4, 5, 6 AMENDMENTS._

STATEMENT

(Please print or write legibly. Include all dates, times, and names of persons involved, including witnesses if necessary.) _I AM DENIED RIGHT TO CONSTITUTIONAL RIGHTS SEE 1, 4, 5, 6 AMENDMENTS! BECAUSE, I AM ARRESTED AND DETAINED DOES NOT PROVE GUILT! AND THE UNREASONABLE SEARCHES AM OUT GOING MAIL OR MY IN COMING," IS A VIOLATION OF U.S. CONSTITUTIONAL RIGHT AS WELL, "MY RIGHTS TO LAW LIBRARY" I HAVE NOT BEEN TO TRIAL OR HAVE "I BEEN' CONVICTED OF ANY CRIME!_

YOUR SIGNATURE

Seal this completed form in an envelope and it will be delivered unopened, to the Grievance Officer the same day or the next normal business day.

# INMATE REQUEST FORM

RECEIVED JUL 25 2017

S.O. # _5224_

To: _JUDGE HAHN_   From: _ANTHONY L. SUMMERS_
(Last, First, MI)

Date: _02-23-19_   Time: _____   Block: _A_   Cell: _A_

Message or request: _My INMATE REQUEST FORMS OR GRIEVANCES OR NOT BEING REPLY TO HERE AT ORANGE COUNTY JAIL AND OFFICER JAMES TOLD ME AND All INMATES IN CELL BLOCK A HE WAS NOT GETTING NO INMATE REQUEST FORMS! HE IS OVER LAW LIBRARY NOW ORANGE COUNTY JAIL IN VIOLATION OF LAW AND OF U.S. CONSTITUTIONAL! SHERIFF OR CAPT. Will EVEN WRITE BACK OR TALK TO ME!_

Receiving Officer: _____   Inmate Signature: _Tony_

Disposition: (DO NOT WRITE BELOW THIS LINE):
_Inmate Summers was allowed access to the library kiosk on 7/25/17 (Tuesday)._

Date: _7/25/17_   Time: _____   By: _____
Individual

*FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.*

PlEASE SEND Copy BAck

# INMATE REQUEST FORM

S.O. # 5224

To: SGT JONES                    From: AnTHONY L SUMMERS
                                        (Last, First MI)

Date: 2-8-17        Time: 8 PM        Block: A        Cell: A

Message or request: PlEASE FAX oR call BmT, Tx. PoliCE ABooT A ASSAulT RepoRT oN May 25, 2012 AND PicTURES I HAVE HospiTal RepoRT!. I will GET BoNE REiN-STATED!. THE lAwER will NoT Do SHiT FoR mE! I NEED To GET PHoNE Call To TRy AND GET ANy HElp! I DiD NoT Do ANyTHiNG To BE iN Jail! I NEED YouR "HElp PlEASE"        THANK You!

Receiving Officer: _____        Inmate Signature: Tony _____

Disposition: (DO NOT WRITE BELOW THIS LINE):

~~Duplicate We do not Contact other agencies for a report on you.~~

Date: 1/10/17        Time: _____        By: _____
Individual

*FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.*

*RETURN COPY TO ME !*

RECEIVED
JUL 12 2017

# INMATE REQUEST FORM

SO# 5224

To: Capt.

From: ANTHONY h. SUMMERS
(last name, first, middle)

Date: 7-11-17  Time: 9 PM  Block: A  Cell: A

Message or request:

THE DOCTOR SAID, I CAN NOT GET THE M.R.I NEEDED FOR THE ASSAULT TO ME, "THAT BOND JUDGE HAHN" Took FOR ME BEING TAKEN TO HOSPITAL AND HAVE REPORTS AND PICTURE'S, "CAUSED By 2x4 TO UPER "BACK", "RIBS "AS WELL NECK." NOW THE HEAD ACKS ARE VERY BAD AND THE PAIN! I WOULD LIKE THIS SET UP A.S.A.P PLEASE AT LEST TALK TO ME !

Receiving officer: _____  Inmate Signature Tony

Disposition: (**DO NOT WRITE BELOW THIS LINE**):

You are doctor list. The doctor will have to order any x-rays or MRI.

Date: 7/17/17  Time: 1420  By: _____

**FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.**

cannot use a
grievance
envelope for
outsoing mail

# NMATE REQUEST FORM

RECEIVED
JUL 21 2017

SO# 5724

____GRIFF_____        From: ANTHONY L SUMMERS
                         (last name, first, middle)

Date: 7-20-17  Time: _____    Block: __A__    Cell: __A__

Message or request:
I HAVE WROTE GRIEVANCE AND INMATE REQUEST
AND I NEVER GET THEM BACK AND is UNLAWFUL AND
UNCONSTITUTIONAL! "SEEING THAT LEGAL ADDRESSES " LEGAL
NAMES, PHONE NUMBER, AND REQUEST FOR LAW BOOK's
AND LAW LIBRARY DAILY BUT OFFICE JAMES SAID
HE DOES NOT GET MY REQUEST FORMS! I CAN'T
GET LEGAL SUPPLY, AS PAPPER & CARBON PAPPER
ENVOIPES,

Receiving officer: _____  Inmate Signature  TONY

Disposition: (DO NOT WRITE BELOW THIS LINE):
After investigation of your Grievance
an answer will be made back to you.
Your name is on the list to
visit the law library kiosk. You
may purchase window

Date: 7/21/17  Time: _____    By: _____

FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR
INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY
THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE
INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A
RESPONSE WILL BE MADE BACK TO YOU.

the commissary.

RETURN A COPY TO ME

RECEIVED
JUL 10 2017

# INMATE REQUEST FORM

S.O. # *5224*

To: Court Admen.                    From: ~~5224~~ Summers, Anthony
                                          (Last, First, MI)

Date: 7-8-17        Time: 6        Block: A        Cell: A

Message or request: I NEED CAUSE NUMBERS FOR D.W.I 2002 TRIAL & FOR D.W.I 2003 AND A COPE OF TRANSCRIST FOR TRIAL AND FOR GRAND JURY AND All MOTIONS FIALED IN CASES "All PICTURES TAPES, STATEMENTS, VIDEO & TAPES, MEDICAL RECORDS THANK YOU!

Receiving Officer: _____        Inmate Signature: Tony

Disposition: (DO NOT WRITE BELOW THIS LINE):

Copies are 1⁰⁰ per page — must be specific — on ones you want
Cannot have other items without Order
signed by Judge
2001-A010013-R, B960572-R

Felony
Criminal
NO CASE FOUND
For 2013 IN
Your Name

DISTRICT CLERK
ORANGE COUNTY, TEXAS
17 JUL 11 PM 2 05
CM FILED
VICKIE EDGERLY

Date: _____        Time: _____        By: _____
Individual

*FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.*

D170078-R

RETURE TO ME PLEASE !

# INMATE REQUEST FORM

RECEIVED JUL 12 2017

SO# 5724

To: NURSE & DOCTOR         From: ANTHONY L SUMMERS
                                (last name, first, middle)

Date: 2-11-17 Time: 4 PM Block: A      Cell: A

Message or request:

I TALK To DOCTOR AND HE SAID, I CAN NOT
GET M.R.I FOR HEAD ACKS, SHOWER AND
RIBs FROM ASSAULT THAT CAUSE BONE
TOOK BY JUDGE HAHN THAT IS AND
IS ILLEGAH AND UNLAWFUL TO DO WHEN
D.A., BOND MAN, COURT AND LAWYER WAS
CALL AND NOW CAN NOT GET MEDICAL
HELP

Receiving officer: _____ Inmate Signature TONY L

Disposition: (DO NOT WRITE BELOW THIS LINE):

You are on doctor list for recurrent
headaches. The doctor will have to
order any x rays or MRI.

Date: 7/17/17      Time: 1420      By: _____

**FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR
INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY
THE MAIL OFFICER. YOUR REQUEST WILL BE DELIVERED TO THE
INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A
RESPONSE WILL BE MADE BACK TO YOU.**

JUDGE
170078

*PLEASE RETURE*

# INMATE REQUEST FORM

S.O. # 5724

To: JUDGE HAHN

From: ANTHONY L. SUMMERS
(Last, First, MI)

Date: 07-16-12   Time: _____   Block: A   Cell: A

Message or request: JUDGE MY COURT DATE WAS JUNE 19, 2012, "I WAS ASSAULTED ON MAY 25, 2011 THERE POLICE REPORTS, HOSPITAL REPORTS TO SHOW I WAS INCAPABLE OF DOING ANYTHING! COURT, BONDMAN, ATT, WAS CALLED BY MY SELF, AND MANY OTHER, MY PHONE WAS TAKEN! NOW WHY WAS MY BOND TAKEN AND RAISED! IT IS UNLAWFUL AND UNCONSTITUTION SEE U.S CONSTITIONAL, NON WHO MOVE COURT DATE AND DID NOT TRY TO LET ME KNOW?

Receiving Officer: _____   Inmate Signature: Tony

Disposition: (**DO NOT WRITE BELOW THIS LINE**):

_____

_____

_____

_____

Date: _____   Time: _____   By: _____
Individual

*FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER.*
*YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.*

Y:\EZPRINT\SHERIFF\JAIL\INMATE REQUEST 4/99

send copy Back
1700-18

# INMATE REQUEST FORM

S.O. # 5724

To: Court Administrator From: Anthony T Summers
(Last, First, MI)

Date: 7-6-12   Time: 5 PM   Block: A   Cell: A

Message or request: I was not to have court Date to June 19, 2012
Please send me a copy of who change the court
Date and I was not told for I was assaulted
and took to hospital. Please send me
a copy A.S.A.P and of all paper work
filed by court or att, and all motions

Receiving Officer: _____   Inmate Signature: _____

Disposition: (DO NOT WRITE BELOW THIS LINE):

_____

_____

_____

_____

Date: _____   Time: _____   By: _____
Individual

*FILL OUT THIS REQUEST FORM COMPLETELY WITH ALL YOUR INFORMATION AND
PLACE IT IN THE MAIL BOX SO IT CAN BE PICKED UP BY THE MAIL OFFICER.
YOUR REQUEST WILL BE DELIVERED TO THE INDIVIDUAL RESPONSIBLE FOR YOUR
PARTICULAR REQUEST AND A RESPONSE WILL BE MADE BACK TO YOU.*

I DECLARE UNDER PENALTY OF PERJURY ALL FACTS PRESENTED IN THIS COMPLAINT AND ATTACHMENTS THERETO ARE TRUE AND CORRECT.

2-30-12

ANTHONY R. SUMMERS 5724

I WAS NOT INFORMED OF A SO CALLED CRIME IN 2013, 2014, 2015, 2012 IN 2012 I WAS ARRESTED FOR A "D.W.I" THAT. I DO NOT KNOW ANYTHING ABOUT, AND I NEVER WAS DRIVE ANY VAN AND OR TRUCK. I WAS WALKING AS SOON AS, I MADE BOND THE JUDGE AND LAWYER TOOK MY 20,000⁰⁰ BOND AND RUN UP TO $150,000⁰⁰ FOR BEING IN HOSPITAL AND UNABLE TO GET TO ORANGE TEXAS! FOR A DATE THEY MOVED UP! AND DENIED MEDICAL CARE, I NEED AND STAY IN PAIN IN A CELL AND "DENIED All HELP."

5 AMENDMENT

I WAS NOT GIVEN A INDICTMENT, I WAS SUBJECT LIFE, LIBERTY AND TO NOT OF PAIN BY STATE OF TEXAS ORANGE COUNTY, I WAS ASSAULTED AND WAS ON BOND THE JUDGE, BOND MAN AND LAWYER WAS CALLED OVER AND OVER! MY BOND WAS TAKEN WITH OUT ME KNOWING, I WAS NOT TOLD THE COURT DATE WAS MOVE UP! THE 20,000⁰⁰ BOND WENT TO $150,000⁰⁰. JUDGE SAID HE DID NOT CARE. I WOULD STAY IN JAIL. TELLING BONDSMAN DO NOT BOND ANTHONY LEON SUMMERS

7 AMENDMENT

I HAVE RIGHT TO A "JURY TRIAL." AND COURT HAS DENIED "All EVIDENCE All EVIDENCE" AND "WITNESS" SEE TRAIL TRANSCRIPTS FOR THE HEARING! I HAVE NOT BEEN GIVEN All FACE AND All EVIDENCE IN THIS CASE.

2012. I HAVE NOW BEEN ASSAULTED WITH
2X4 IN THE BACK AND COURT, BONDMAN,
LAWYER WAS CALLED MANY TIME'S! I WAS
NOT TOLD OF NEW COURT DATE BY
NO ONE! AND COULD NOT HAVE GOT
THERE WITH OUT BEING HEART MORE!
DENIAL OF LAW LIBRARY AND ALL SUPPLY! AND OR
LAW BOOKS

Anthony Leon Simmons

ORANGE COUNTY JAIL

P.O. BOX 1938

ORANGE, TX 77631-1938

6 COPIES GOING OUT!

## IN FORMA PAUPERIS

5224 County

I. ANTHONY LEON SUMMERS.

II. ORANGE COUNTY JAIL

P.O. 1928

ORANGE TEXAS 77631-1928

I HAVE NO MONEY TO PAY FOR THIS ACTION AND THE PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT THE FACTS ARE CORRECT.

_____

ANTHONY LEON SUMMERS

PLAINTIFF

EXCUTED ON _____
                    DATE

ATT. JUDGE HAHN                               07-13-17

MOTION FOR HEARING
To FIRE LAWYER
AND SHOW CAUSE
CAUSE # D120028

I ANTHONY LEON SUMMERS WILL SHOW THAT "I AM BEING DENIED "All MY U.S. CONSTITUTION RIGHT" BY DISTRICT JUDGE HAHN AND LAWYER J. DAVIS, (1) DENIAL oF All EVIDENCE))" IN THE ABOVE CAUSE NUMBER THAT CAN AND WILL SHOW MY INNOCENCE! THE JUDGE AND LAWYER AS WELL D.A. OFFICE HAS ONLY USED THREATENS" To THIS OLD MAN, THAT is SICK AND NOT THE ORANGE "FooT BALL COUCH", THAT WAS LETT OFF WITH TWO MUDERS BY HI AND RUNS! I HAVE ASK FoR COPIES oF All EVIDENCED AND GRAND JUFE RECORDS. All TAPES. All PICTURES. All VIDEOS All TRANSCRIPTS. I HAVE FIRED "LAWYER J. DAVIS" BUT NO ONE CAN GET THIS INTO THERE HEAD THAT. I DID NOT GET D.W.I! I DID NOT HAVE A VAN! THAT I HAD JUST GOT OUT OF PRISON IN 2013 AND WAS NOT ARRESTED FOR A D.W.I! COURT JUST INDICTED ME

COVER PAGE

CAUSE D120028

COPY TO: _____

In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00292-CR
_____

IN RE ANTHONY LEON SUMMERS

_____

Original Proceeding
260th District Court of Orange County, Texas
Trial Cause No. D170078-R
_____

MEMORANDUM OPINION

Anthony Leon Summers filed a *pro se* petition for writ of mandamus in this

Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P.

52. Summers complains that the trial court has not addressed *pro se* motions filed in

a criminal case in which Summers is represented by counsel. "[A] trial court is free

to disregard any *pro se* motions presented by a defendant who is represented by

counsel." *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). A trial

court does not abuse its discretion by failing to rule on *pro se* motions in a criminal

proceeding in which the defendant is represented by counsel. *In re Kellum*, 307

1

S.W.3d 336, 336 (Tex. App.—San Antonio 2009, orig. proceeding). Accordingly,

the petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on August 29, 2017
Opinion Delivered August 30, 2017
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2

# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00389-CR
_____

**ANTHONY LEON SUMMERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D170078-R**
_____

## MEMORANDUM OPINION

On August 10, 2017, the trial court sentenced Anthony Leon Summers on a conviction for driving while intoxicated. Summers filed a notice of appeal on October 17, 2017. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On October 17, 2017, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the

1

appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 21, 2017
Opinion Delivered November 22, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2



CHIEF JUSTICE
STEVE MCKEITHEN

JUSTICES
CHARLES KREGER
HOLLIS HORTON
LEANNE JOHNSON

# Court of Appeals
## State of Texas
## Ninth District

CLERK
CAROL ANNE HARLEY

OFFICE
SUITE 330
1001 PEARL ST.
BEAUMONT, TEXAS 77701
409/835-8402  FAX 409/835-8497
WWW.TXCOURTS.GOV/9THCOA.ASPX

November 22, 2017

Anthony Leon Summers
#02151376
Terrell Unit
1300 FM 655
Rosharon, TX 77583

Michael S. Marion
Assistant District Attorney
801 W. Division
Orange, TX 77630
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:        09-17-00389-CR
        Trial Court Case    D170078-R
        Number:

**Style:**  Anthony Leon Summers
         v.
         The State of Texas

Enclosed are copies of the Court's Opinion and Judgment in the above styled and numbered cause entered this date. The appeal is DISMISSED.

### Tex. R. App. Proc. 48.4. Opinion Sent to Criminal Defendant

In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. **The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. The court of appeals shall file this letter in its record of the appeal.**

Sincerely,

CAROL ANNE HARLEY
CLERK OF THE COURT

cc: Judge Buddie J Hahn (DELIVERED VIA E-MAIL)
Vickie Edgerly (DELIVERED VIA E-MAIL)
Kellie Derouen (DELIVERED VIA E-MAIL)
Judson Daws (DELIVERED VIA E-MAIL)

# IN THE NINTH COURT OF APPEALS

## 09-17-00389-CR

Anthony Leon Summers

v.

The State of Texas

On Appeal from the
260th District Court of Orange County, Texas
Trial Cause No. D170078-R

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is dismissed.

Opinion of the Court delivered by Justice Hollis Horton

November 22, 2017

**APPEAL DISMISSED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court